THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 5, 2016



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Michael William Faber & Delma Faber, | Chapter 13 Bankruptcy |
|---|---|
| Debtors | Case No. 15-29209-beh |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE PARTIES
ALLOWING WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. The Trustee is allowed to withdraw the Motion to Dismiss.

2. The Debtors shall file an amended Chapter 13 plan on or before January 29, 2016.

3. The Debtors shall file amended Forms 22C-1 and 22C-2 on or before January 29, 2016.

4. Should the Debtors fail to file an amended Chapter 13 plan on or before January 29, 2016, or fail to file amended Forms 22C-1 and 22C-2 on or before January 29, 2016, as provided above, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

5. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the court.

#####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344