UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                              Chapter 13
MICHAEL WILLIAM FABER                          Case No.   15-29209-BEH
DELMA FABER

       Debtors
_____

### NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION
_____

PLEASE TAKE NOTICE that Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtors.

**Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on **March 15, 2016 at 9:30 am**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 9122579 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

    Dated at Milwaukee, Wisconsin, on February 19, 2016.


                  /s/_____
                  Mary B. Grossman, Trustee
                  Robert W. Stack, Staff Attorney
                  Christopher D. Schimke, Staff Attorney
                  Sandra M. Baner, Staff Attorney
                  Chapter 13 Standing Trustee
                  P.O. Box 510920
                  Milwaukee, Wisconsin 53203
                  T:  (414) 271-3943
                  F:  (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
MICHAEL WILLIAM FABER                    Chapter 13 Bankruptcy
DELMA FABER

        Debtors                    Case No. 15-29209-BEH

---

## TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN AND NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION

---

Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed plan filed by the Debtors.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Trustee, Mary B. Grossman, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

    The proposed plan is not substantiated by a budget.

The Trustee respectfully requests that a hearing be set in this matter.

    Dated at Milwaukee, Wisconsin, on February 19, 2016

                        OFFICE OF CHAPTER 13 TRUSTEE

                        /s/_____
                        Mary B. Grossman, Chapter 13 Trustee
                        Robert W. Stack, Staff Attorney
                        Christopher D. Schimke, Staff Attorney
                        Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI 53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:
    MICHAEL WILLIAM FABER             Chapter 13 Bankruptcy
    DELMA FABER                             Case No.   15-29209-BEH
        Debtors
_____

## CERTIFICATE OF SERVICE
_____

      I hereby certify that on February 19, 2016, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN** and **NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                OFFICE OF THE U.S. TRUSTEE
                MILLER & MILLER

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                MICHAEL WILLIAM FABER & DELMA FABER
                S77 W35117 MAY FOREST ROAD
                EAGLE, WI 53119

      Dated:   February 19, 2016


                                            /s/_____
                                            Tongula Washington
                                            Administrative Assistant
                                            Office of the Chapter 13 Trustee
                                            P.O. Box 510920
                                            Milwaukee, WI 53203
                                            T:  (414) 271-3943
                                            F:  (414) 271-9344