UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re   Michael William Faber, and,              Chapter 13 Bankruptcy
        Delma Faber

         Debtors.                                Case No.: 2015-29209-BEH-13
_____

NOTICE OF COMPENSATION AND REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS
_____

     PLEASE TAKE NOTICE that Attorney Joseph LoCoco, has filed a Motion to Allow Miller & Miller Law, LLC's Claim under 11 U.S.C. §503(b) and Application for Compensation and Reimbursement for Attorneys' Fees and Costs ("Application") in the total amount of $6307.08, representing $5876.00 in attorneys' fees and $431.08 in costs from case inception through March 10, 2016. If you have an objection/response to the Application, you are required to file that objection/response within twenty-one (21) days of the date of this notice. Your objection/response should be filed with:

               Clerk of United States Bankruptcy Court
               Room 126, U.S. Courthouse
               517 East Wisconsin Avenue
               Milwaukee, WI 53202

You must also mail a copy of your objection/response to:

               Miller & Miller Law, LLC
               735 West Wisconsin Avenue, Suite 600
               Milwaukee, WI 53233

If you do not file a timely objection/response, the Court may sign the order approving the Application.

     PLEASE TAKE FURTHER NOTICE that a hearing will be scheduled on any timely objection/response. Notice of the hearing will be provided to the objection party and any other interested parties.

Dated this  17th  day of March, 2016 at Milwaukee, Wisconsin.

                                                */s/ Joseph LoCoco*
                                                Miller and Miller Law, LLC
                                                Attorneys for Debtors
                                                State Bar No. 1084765

Drafted by:
Miller & Miller Law, LLC

735 West Wisconsin Avenue, Suite 600

Milwaukee, Wisconsin 53233

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re   Michael William Faber, and,              Chapter 13 Bankruptcy
        Delma  Faber

              Debtors.                           Case No.: 2015-29209-BEH-13

APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY'S FEES
AND COSTS

      NOW COMES MILLER AND MILLER LAW, LLC, by Attorney Joseph LoCoco for the above-named Debtor and makes this application for approval of attorney fees pursuant to 11 U.S.C. § 330 Bankruptcy Rule 2016.  This application is made to receive fees from the bankruptcy estate administered by the Chapter 13 Trustee should the bankruptcy case be dismissed prior to confirmation.  MILLER & MILLER states as follows:

1. Thus far the plan has not been confirmed.  Through the present date, the Debtors have paid $4,438.00 into the Chapter 13 plan and the balance on hand is $ 2,456.07**.**

2. Pursuant to §1326(a)(2), if an unconfirmed plan is dismissed, the trustee must return all funds received through the plan to the Debtors after deducting for allowed claims under §503(b).  §503(b) allows claims for compensation and reimbursement awarded under 11 U.S.C. §330(a).  As a result, Counsel makes the following request pursuant to 11 U.S.C. §330(a).

3. Prior to the filing of this case, the Debtors agreed to pay counsel $3,500.00 for pre-filing advice, petition and schedule preparation and representation at the Section 341 hearing.  All other legal services were to be billed at $300.00 per hour for James Miller, $285.00 per hour for the firm's associates and $150.00 per hour for the firm's paralegals and support staff.  This fee agreement is set out upon the original retainer agreement signed by the Debtor.   Actual amounts advanced by counsel as costs are also to be paid by the Debtor.

4. Debtor is to be the source of all compensation and Counsel has not shared any fees with any other party, and has no agreement to do so in the future. Counsel requests reasonable attorney's fees based on the rates listed in paragraph 3 above for the costs and services incurred as detailed in the billing statement attached here as Exhibit A.

5. The services provided were necessary and beneficial toward the completion of the case and were performed in a reasonable and customary manner.

6. Counsel has not been paid any funds through the plan to date. Counsel's request includes, but is not limited to, payments for services due to:
    A. Preparation of file for case filing,
    B. Court appearance regarding Meeting of Creditors,
    C. Preparation and filing of amended Chapter 13 plans,
    D. Phone calls and emails in attempt to contact Debtor.

7. Counsel believes that compensation will not creat an undue hardship on any party, since the funds are already in the Chapter 13 estate.

WHEREFORE, Counsel respectfully requests an order for compensation in the amount of $6307.08, and direction to the Chapter 13 trustee to pay this amount accordingly should this case be dismissed prior to confirmation.

Dated this 17th day of March, 2016 at Milwaukee, Wisconsin.

    /s/_____
Joseph LoCoco
Attorney for Debtor
State Bar No. 1084765

MILLER & MILLER LAW, LLC
735 W. Wisconsin Avenue, Suite 600
Milwaukee, WI 53233
(414) 277-7742