| Original Invoice |  |
|---|---|
| | MILLER & MILLER |
| | ATTORNEYS AT LAW |

**MILLER & MILLER**
735 West Wisconsin Avenue, Suite 600
Milwaukee, WI 53233
Phone: 414-277-7742

Michael and Delma Faber  Date: 3/15/16
S77 W35117 May Forest Rd
Eagle, WI 53119

Regarding: Chapter 13   Case No: 15-24551

| Date | | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 5/18/2015 | KLK | Initial Consultation n/c | 0.00 | $285.00 | $0.00 |
| 6/9/2015 | DAE | Open file and prepare billing | 0.30 | $150.00 | $45.00 |
| 6/12/2015 | WSY | Phone call from client with questions | 0.20 | $150.00 | $30.00 |
| 7/14/2015 | ECF | Phone call from client re: paperwork | 0.20 | $285.00 | $57.00 |
| 7/27/2015 | JL | Call to client re: budget review | 0.30 | $285.00 | $85.50 |
| 7/29/2015 | JL | Call re: budget for 13 | 0.30 | $285.00 | $85.50 |
| 8/7/2015 | JL | Call to Michael to discuss finalization next week Tuesday and avoiding repossession of car | 0.40 | $285.00 | $114.00 |
| 8/11/2015 | JL | Meeting with clients to finalize, review schedules and prepare chapter 13 plan | 1.50 | $285.00 | $427.50 |
| 8/12/2015 | CJM | client called and wanted to make sure that we contact BMO and Guardian CU | 0.20 | $150.00 | $30.00 |
| 8/12/2015 | WSY | call to Guardian CU about notice of cure and gave Ed Taylor info on bk and notes to file | 0.40 | $150.00 | $60.00 |
| 8/12/2015 | WSY | Faxed BMO notice of filing | 0.30 | $150.00 | $45.00 |
| 9/3/2015 | JL | Received notice of audit and note to CJM to gather docs | 0.30 | $285.00 | $85.50 |
| 9/4/2015 | JL | Call to client re: audit, went over what it is and CJM will send email with docs needed | 0.40 | $285.00 | $114.00 |
| 9/10/2015 | ECF | Call from client re: email | 0.20 | $285.00 | $57.00 |
| 9/12/2015 | GCS | Brought in documents for JL to review. Gave them to JL and notes to file | 0.10 | $150.00 | $15.00 |
| 9/16/2015 | WSY | Organized and emailed docs to trustee | 0.40 | $150.00 | $60.00 |
| 9/16/2015 | WSY | Email to client re: 341 reminder | 0.30 | $150.00 | $45.00 |
| 9/21/2015 | SM | chapter 13 plan review prior to hearing | 0.30 | $150.00 | $45.00 |
| 9/24/2015 | BB | Attend hearing and notes to file | 1.00 | $200.00 | $200.00 |
| 9/25/2015 | DAS | Call to client re: income | 0.20 | $285.00 | $57.00 |
| 9/25/2015 | ECF | Call from client re: hearing | 0.20 | $285.00 | $57.00 |
| 9/29/2015 | AMS | Reviewed all docs for Audit and sent to McBride | 1.00 | $150.00 | $150.00 |
| 9/29/2015 | JLM | Email to JL and AMS re: audit and docs | 0.30 | $300.00 | $90.00 |
| 9/30/2015 | AMS | Review of audit docs | 0.30 | $150.00 | $45.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2015 | AMS | Email to Trustee Aschbach re: docs for audit | 0.40 | $150.00 | $60.00 |
| 9/30/2015 | AMS | Email to JL re: docs for Fabers and audit | 0.30 | $150.00 | $45.00 |
| 10/13/2015 | JL | Email to client re: Your file is being audited (randomly) with explanation | 0.40 | $285.00 | $114.00 |
| 10/14/2015 | JL | Called to follow up on audit paperwork | 0.20 | $285.00 | $57.00 |
| 10/16/2015 | JL | Call re: docs to audit firm | 0.20 | $285.00 | $57.00 |
| 10/16/2015 | JL | Email of papers for audit | 0.30 | $285.00 | $85.50 |
| 10/23/2015 | AHP | Email review on docs sent for audit and notes to file | 0.30 | $150.00 | $45.00 |
| 26-Oct-15 | AMS | Meeting with DAS to resolve issues | 0.30 | $150.00 | $45.00 |
| 29-Oct-15 | CJM | Per JL's request - went through file for needed docs | 0.40 | $150.00 | $60.00 |
| 10/29/2015 | CJM | Email to client re: docs still needed | 0.20 | $150.00 | $30.00 |
| 11/2/2015 | JL | Email of docs for audit | 0.40 | $285.00 | $114.00 |
| 11/4/2015 | AHP | Forward email after review to JL re: Debtor Audit of Michael William and Delma Faber 15-29209 | 0.30 | $150.00 | $45.00 |
| 11/10/2015 | AMS | Email to JL re: payment | 0.30 | $150.00 | $45.00 |
| 10-Nov-15 | JLM | JLM Review of audit and means test - email to JL | 0.70 | $300.00 | $210.00 |
| 11-Nov-15 | JL | Email to McBride Locke on discrepancy | 0.30 | $285.00 | $85.50 |
| 11-Nov-15 | JL | Call to client | 0.40 | $285.00 | $114.00 |
| 11/11/2015 | JL | Email to: Michael Faber and Delma Faber, Bk Case No: 572-15-29209 | 0.30 | $285.00 | $85.50 |
| 11/11/2015 | SM | Review of email | 0.20 | $150.00 | $30.00 |
| 12-Nov-15 | AHP | Motion for dismissal, notes to file and sent to JL | 0.40 | $150.00 | $60.00 |
| 12-Nov-15 | ECF | Review of voicemail from client, notes to file and sent message to JL | 0.30 | $285.00 | $85.50 |
| 12-Nov-15 | JL | Call to client and explained audit relating to 2nd mortgage | 0.50 | $285.00 | $142.50 |
| 13-Nov-15 | JL | Call to client re: audit and paperwork on custodian account | 0.30 | $285.00 | $85.50 |
| 2-Dec-15 | AHP | Drafted obj MTD for DMI issues | 1.00 | $150.00 | $150.00 |
| 23-Dec-15 | DAS | Review of file and notes to TM | 0.90 | $285.00 | $256.50 |
| 23-Dec-15 | JL | Call from client re: permission to amend B22C | 0.30 | $285.00 | $85.50 |
| 12/23/2015 | SM | Email to trustee re: resolving adj hearing | 0.60 | $150.00 | $90.00 |
| 26-Dec-15 | DAS | Amended B22C | 0.50 | $285.00 | $142.50 |
| 26-Dec-15 | DAS | Call from Attorney at Dubis office re: terms | 0.50 | $285.00 | $142.50 |
| 12/26/2015 | DAS | Email to US Trustee Statement of Current Monthly Income and Calculation of Commitment Period (Ch 13 Form 122C-1) | 0.30 | $285.00 | $85.50 |
| 27-Dec-15 | AHP | Review of claims | 1.00 | $150.00 | $150.00 |
| 30-Dec-15 | SM | mailed stip back to tt | 0.30 | $150.00 | $45.00 |
| 29-Jan-16 | JL | Call from client re: 401k loan and payments | 0.30 | $285.00 | $85.50 |
| 1/29/2016 | JL | Email to SM with issue on audit | 0.30 | $285.00 | $85.50 |
| 1/29/2016 | JL | Email to client re: audit and results | 0.30 | $285.00 | $85.50 |
| 29-Jan-16 | SM | Drafting of modify plan - need more info | 0.40 | $150.00 | $60.00 |
| 29-Jan-16 | SM | Review of file for feasibility | 0.30 | $150.00 | $45.00 |
| 29-Jan-16 | SM | Draft amended plan | 0.50 | $150.00 | $75.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/2/2016 | JEB | 15-29209 - Michael William Faber - 6130115999 - CERTIFICATE READY TO FILE | 0.30 | $150.00 | $45.00 |
| 9-Feb-16 | FJP | Call from client re: letter from trustee | 0.20 | $150.00 | $30.00 |
| 9-Feb-16 | JL | Call to with Dubis office and spoke with Chris Schultz | 0.60 | $285.00 | $171.00 |
| 2/10/2016 | JL | Email to client re: payment | 0.30 | $285.00 | $85.50 |
| 11-Feb-16 | NRT | faxed notice of bk filing to Pro Health Care | 0.40 | $150.00 | $60.00 |
| 2/12/2016 | JL | FW: DMM Portal Notification - Docs Complete Notice | 0.30 | $285.00 | $85.50 |
| 3/10/2016 | JL | Proposed Budget to Support Your Plan | 0.40 | $285.00 | $114.00 |
| | | | | **Total Fees** | **$5,876.00** |

Expenses

| Date | Description | Amount |
|---|---|---|
| | Postage, mailings, application certificate of service | $71.08 |
| 9/24/2016 | Filing fee and credit report | $360.00 |
| | **Total Expenses** | **$431.08** |

Total Charges $6,307.08