THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 26, 2016



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Michael William Faber & Delma Faber, | Chapter 13 Bankruptcy |
|---|---|
| Debtors. | Case No. 15-29209 |

**ORDER RESOLVING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee having filed an Objection to Confirmation of Debtors' Chapter 13 Plan, the Court conducted a hearing on April 19, 2016. Attorney Robert W. Stack appeared for the Chapter 13 Trustee, Attorney William Nickolai appeared for the Debtors and Attorney Joseph LoCoco appeared for Miller & Miller Law, LLC. For the reasons set forth on the record at the hearing,

    IT IS HEREBY ORDERED THAT:

1. The Trustee's Objection to Confirmation of Plan is sustained.

2. The Debtors shall file an amended Budget or amended Plan on or before May 3, 2016.

#####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P. O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344