THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 26, 2016



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Michael William Faber & Delma Faber, | Chapter 13 Bankruptcy |
|---|---|
| Debtors. | Case No. 15-29209-beh |

**ORDER RESOLVING TRUSTEE'S OBJECTION TO APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY'S FEES**

The Chapter 13 Trustee having filed an Objection to James Miller's Application for Compensation and the Debtors having filed an Objection to James L. Miller's Application for Compensation, the Court conducted a hearing on April 19, 2016. Attorney Robert W. Stack appeared for the Chapter 13 Trustee, Attorney William Nickolai appeared for the Debtors and Attorney Joseph LoCoco appeared for Miller & Miller Law, LLC. For the reasons set forth on the record at the hearing,

IT IS HEREBY ORDERED THAT:

1. The Trustee's Objection to James Miller's Application for Compensation is sustained.

2. Miller & Miller, LLC shall file an amended Application for Compensation and Reimbursement of Attorney's Fees on or before May 3, 2016.

#####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P. O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344